IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Townsend Jr, Ronald W | Case Number: 08 B 04962 |
|---|---|---|
| | Townsend, Lisa M | Judge: Hollis, Pamela S |
| | Printed: 8/19/08 | Filed: 3/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 7, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 636.92 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 595.52 |
| Trustee Fee: | | 41.40 |
| Other Funds: | | 0.00 |
| Totals: | 636.92 | 636.92 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,506.33 | 595.52 |
| 2. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Public Administrator Of DuPage County | Secured | 5,000.00 | 0.00 |
| 5. | GRP Financial Services Corporation | Secured | 62,968.13 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 50.68 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 1,165.68 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 141.79 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 143.72 | 0.00 |
| 10. | B-Real LLC | Unsecured | 7.49 | 0.00 |
| 11. | Public Administrator Of DuPage County | Unsecured | 2,932.06 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 148.47 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 24.89 | 0.00 |
| 14. | Northern Leasing System | Unsecured | 58.52 | 0.00 |
| 15. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 16. | Tina Covelli | Priority | | No Claim Filed |
| 17. | Codilis & Associates | Unsecured | | No Claim Filed |
| 18. | Northland Group Inc | Unsecured | | No Claim Filed |
| 19. | SST CARD SERVICE | Unsecured | | No Claim Filed |
| 20. | Imagine | Unsecured | | No Claim Filed |
| 21. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 76,147.76 | $ 595.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Townsend Jr, Ronald W<br>Townsend, Lisa M<br>Printed: 8/19/08 | Case Number:  08 B 04962<br>Judge:  Hollis, Pamela S<br>Filed:  3/3/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 41.40 |
| | _____ |
| | $ 41.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

